# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE RUIZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01800 DAD JLT<br><br>ORDER DISCHARGING ORDER TO SHOW |

Because the plaintiff had not filed proofs pf service and no defendant had appeared in this action, the Court ordered the plaintiff to show cause why sanctions should not be imposed for the failure to prosecute the action or to file proofs of service. (Doc. 4) On March 12, 2021, the plaintiff filed proofs of service. (Docs. 5, 6) Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **March 15, 2021**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE