# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01800-DAD-BAK (HBK)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITINAL DOCUMENTS AFTER NOTICE OF SETTLEMENT<br><br>(Doc. No. 31) |

The parties report they have come to terms of settlement. (Doc. No. 31). In order to permit the parties time to execute the necessary settlement documents, the parties incorporate a request to extend the time, until June 30, 2022, to file dispositional documents. (*Id*.)

Accordingly, for good cause shown, the Court **ORDERS**:

1. The parties request for an extension of time incorporated in their Notice of Settlement (Doc. No. 31) is GRANTED and the parties **SHALL file dispositional documents no later than June 30, 2022** (E.D. Cal. L.R. 160(b)(2));

2. All pending dates, conferences and hearings are **VACATED**.

Dated:　May 23, 2022

　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE